IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | **CR. NO. 08-00282-CG** |
| **DESMOND DEJUAN BRADLEY,** | * | |
| **Defendant.** | * | |

**ORDER**

For good cause shown in the United States' motion to modify judgment (Doc. 31) and pursuant to the provisions of Fed.R. Cr.P. 36, the court hereby **AMENDS** nunc pro tunc the judgment, which was entered in the above styled case on February 4, 2009, removing from the order the requirement that defendant forfeit those items named in Count Ten of the Indictment.

**DONE AND ORDERED** this 13th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE